FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE CONTRERAS,<br><br>               Plaintiff,<br><br>v.<br><br>WASHINGTON STATE,<br><br>               Defendant. | NO: 2:18-CV-368-RMP<br><br>ORDER DISMISSING ACTION |

By Order filed April 22, 2019, the Court advised Plaintiff of the deficiencies of his initial Complaint, as well as the deficiencies of his First and Second Amended Complaints, and directed him to file a Third Amended Complaint or Voluntarily Dismiss within sixty days, ECF No. 13. On June 26, 2019, the Court denied Plaintiff's subsequent Motion to Proceed with the Second Amended Complaint and his construed Motion for Recusal of the undersigned judicial officer. ECF No. 15. At that time, the Court extended Plaintiff's deadline to amend or voluntarily dismiss until July 26, 2019. Plaintiff did not file a Third Amended Complaint as directed and has filed nothing further in this action.

ORDER DISMISSING ACTION ~ 1

For the reasons set forth above and in the Court's prior Orders, ECF Nos. 13 and 15, **IT IS ORDERED** that this action is **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1), but **without prejudice** to Plaintiff pursuing appropriate state appellate and federal habeas relief.

Under *Washington v. L.A. Cty. Sheriff's Dep't*, 833 F.3d 1048, 1056–57 (9th Cir. 2016), this dismissal will **NOT** count as a "strike" under 28 U.S.C. § 1915(g). The Court certifies that any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment for Defendants, provide a copy to Plaintiff at his last known address, and close the file.

**DATED** August 12, 2019.

                                        *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                     United States District Judge